## Steve Guvo, Appellee, v. Frank Banis et al., Defendants. Frank Banis, Appellant.

Gen. No. 44,074.

opinion
filed May 20, 1947; released for publication June 9, 1947. Robert F. Kolb, for appellant; Matthew Steinberg and Fred Polacek, for appellee; Abraham Miller, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.